```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9               FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )   CASE NO. 2:08-cr-90 EJG
                                )
12              Plaintiff,      )   STIPULATION AND ORDER
                                )   CONTINUING STATUS CONFERENCE
13       v.                     )
                                )
14  MANUEL MEJIA ORDONEZ,       )   DATE:  June 13, 2008
                                )   TIME:  10:00 a.m.
15              Defendant.      )   COURT: Edward J. Garcia
    _____)
16
```

17                              Stipulation

18     The parties, through undersigned counsel, stipulate that the
19 status conference scheduled for May 2, 2008, may be continued to
20 June 13, 2008, at 10:00 a.m.  The government has not yet given
21 defense counsel the discovery, consisting of more than 12,000 pages
22 of documents.  The discovery has been scanned into the computer and
23 numbered; however, the prosecutor has identified a glitch in
24 recording of the records onto compact disk, which must be corrected
25 before discovery is provided.  The prosecutor anticipates that the
26 correction will take no more than a few days.  Defense counsel has a
27 copy of the detailed complaint filed in the case, and counsel have
28 ///

1

begun plea negotiations; naturally, defense counsel needs to see the discovery before those negotiations may continue.

The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, and that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4. Moreover, the parties agree that time may be excluded based upon complexity, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) and Local Code T2, because of the volume of the discovery and the extensive nature of the allegations of fraud contained in the indictment.

Defense counsel has authorized the prosecutor to sign this stipulation on his behalf.

DATED: May 1, 2008                McGREGOR W. SCOTT
                                  United States Attorney


                            by    /s/ Samantha S. Spangler
                                  Samantha S. Spangler
                                  Assistant U.S. Attorney

DATED: May 1, 2008          by    /s/ Samantha S. Spangler for
                                  J. Toney
                                  Counsel for Defendant


## Order

Good cause appearing,

The status conference scheduled for May 2, 2008, is continued to June 13, 2008, at 10:00 a.m.

The Court finds that the interests of justice served by granting the continuance outweigh the best interests of the public

2

1  and the defendant in a speedy trial.  Therefore, time is excluded
2  from the speedy trial calculation pursuant to 18 U.S.C. §
3  3161(h)(8)(A), (B)(iv) and (B)(ii) and Local Codes T4 and T2 for
4  counsel preparation and complexity.
5       IT IS SO ORDERED.
6  DATED:  May 1, 2008                /s/ Edward J. Garcia
                                      EDWARD J. GARCIA
7                                     United States District Court