1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   CASE NO. 2:08-cr-0090 EJG
                                )
12             Plaintiff,       )   STIPULATION AND ORDER
                                )   CONTINUING STATUS CONFERENCE
13      v.                      )
                                )
14 MANUEL MEJIA ORDONEZ, et al.,)   DATE:  August 15, 2008
                                )   TIME:  10:00 a.m.
15             Defendants.      )   COURT: Edward J. Garcia
                                )

16

17                         Stipulation

18      The parties, through undersigned counsel, stipulate that the

19 status conference scheduled for July 18, 2008, may be continued to

20 August 15, 2008, at 10:00 a.m.  On July 10, 2008, a superseding

21 indictment charging ten co-conspirators was filed, and on July 14,

22 2008, it was unsealed upon the arrest of the first co-defendant.

23 The superseding indictment did not change any charges against Mr.

24 Mejia Ordonez.  On July 16, the government forwarded a draft plea

25 agreement to his counsel, who needs time to review it with his

26 client and propose any modifications.

27      The parties also agree that time may be excluded from the

28 speedy trial calculation under the Speedy Trial Act for counsel

                              1

preparation, and that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

Defense counsel has authorized the prosecutor to sign this stipulation on his behalf.

```
DATED:  July 16, 2008           McGREGOR W. SCOTT
                                United States Attorney


                           by   /s/ Samantha S. Spangler
                                Samantha S. Spangler
                                Assistant U.S. Attorney

DATED:  July 16, 2008      by   /s/ Samantha S. Spangler for
                                J. Toney
                                Counsel for Manuel Mejia Ordonez
```

## Order

Good cause appearing,

The status conference scheduled for July 18, 2008 is continued to August 15, 2008 at 10:00 a.m.

The Court finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

```
DATED:  July 16, 2008           /s/ Edward J. Garcia
                                EDWARD J. GARCIA, Judge
                                United States District Court
```