McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:08-cr-0090 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | |
| ) | |
| MANUEL MEJIA ORDONEZ, et al., ) | DATE: August 15, 2008 |
| ) | TIME: 10:00 a.m. |
| Defendants. ) | COURT: Edward J. Garcia |
| ) | |

Stipulation

The parties, through undersigned counsel, stipulate that the status conference scheduled for July 18, 2008, may be continued to August 15, 2008, at 10:00 a.m.  On July 10, 2008, a superseding indictment charging ten co-conspirators was filed, and on July 14, 2008, it was unsealed upon the arrest of the first co-defendant. The superseding indictment did not change any charges against Mr. Mejia Ordonez.  On July 16, the government forwarded a draft plea agreement to his counsel, who needs time to review it with his client and propose any modifications.

The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel

1

preparation, and that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

Defense counsel has authorized the prosecutor to sign this stipulation on his behalf.

DATED: July 16, 2008               McGREGOR W. SCOTT
                                   United States Attorney


                                by  /s/ Samantha S. Spangler
                                    Samantha S. Spangler
                                    Assistant U.S. Attorney

DATED: July 16, 2008         by    /s/ Samantha S. Spangler for
                                   J. Toney
                                   Counsel for Manuel Mejia Ordonez

### Order

Good cause appearing,

The status conference scheduled for July 18, 2008 is continued to August 15, 2008 at 10:00 a.m.

The Court finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Therefore, time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: July 16, 2008               /s/ Edward J. Garcia
                                   EDWARD J. GARCIA, Judge
                                   United States District Court