**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P. C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:  530.759.0700
   Facsimile:    530.759.0800

**Attorney for Defendant**
**ILDEFONSO GARCIA ORDONEZ**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>MANUEL MEJIA ORDONEZ, et al,<br><br>            Defendants. | CASE NO.:  2:08-CR-0090 EJG<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>DATE:   March 20, 2009<br>TIME:    10:00 a.m.<br>COURT:  Hon. Edward J. Garcia |

## STIPULATION

The parties, through their undersigned counsels of record, stipulate that the status conference scheduled for February 6, 2009, may be continued to March 20, 2009, at 10:00 a.m. Presently, there are three defendants before the Court (Manuel Mejia Ordonez, Luciano Porcayo and Ildefonso Garcia Ordonez) and the parties anticipate that all three cases will resolve by way of negotiated plea agreements.

To date, the government has provided each defendant, through their counsels of record, voluminous amounts of discovery, which the defendants have not yet fully reviewed. In order to provide the defendants with effective representation in this case, including plea negotiations, undersigned defense counsels need to fully review the discovery with their clients.

The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, and that the interests of justice served by granting

the continuance outweigh the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

Counsel for defendant Ildefonso Garcia Ordonez has been authorized to sign this Stipulation on behalf of all other parties.

Dated: February 3, 2009   Respectfully submitted,

JOSEPH J. WISEMAN, P.C.
By:    /s/ Joseph J. Wiseman

JOSEPH J. WISEMAN
Attorney for Defendant
Ildefonso Garcia Ordonez

Dated: February 3, 2009   By:/s/ Joseph J. Wiseman for
J. Toney
Attorney for Defendant
Manuel Mejia Ordonez

Dated: February 3, 2009   By:/s/ Joseph J. Wiseman for
Lindsay A. Weston
Attorney for Defendant
Luciano Porcayo

Dated: February 3, 2009   LAWRENCE G. BROWN
United States Attorney

By: /s/ Joseph J. Wiseman for
Samantha S. Spangler
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, the status conference scheduled for February 6, 2009 at 10:00 a.m. is continued to March 20, 2009 at 10:00 a.m.

The Court finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local

1 Code T4 for counsel preparation.

2     IT IS SO ORDERED.

5 Dated: February 4, 2009                   /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        UNITED STATES DISTRICT JUDGE