```
 1  J. Toney
    Attorney at Law
 2  State Bar No. 43143

 3  P.O. Box 1515
    Woodland, California 95776
 4  (530) 666-1908
    yoloconflict@aol.com
 5
    Attorney for Manuel Mejia Ordonez
 6

 7              IN THE UNITED STATES DISTRICT COURT

 8             FOR THE EASTERN DISTRICT OF CALIFORNIA

 9  UNITED STATES OF AMERICA,          )
                                       )
10          Plaintiff,                 )
                                       )
11      v.                             )
                                       )
12  MANUEL MEJIA ORDONEZ               )
                                       )
13                                     )
            Defendant                  )
14  _____

15      Cr. No. 08-90 EJG

16      ORDER

17  TO: THE U.S. MARSHAL FOR THE EASTERN DISTRICT OF CALIFORNIA AND THE
18  COMMANDER OF THE SACRAMENTO COUNTY JAIL: At the request of the
19  Defendant, the Government not objecting, the Court orders that the
20  defendant be permitted one phone call, not at Government or Jail
21  expense, to his family in Mexico, provided that it can be
22  accomplished consistent with staffing and security concerns.
23  Dated: April 6, 2009.
24
25                                      /s/ Edward J. Garcia
                                        UNITED STATES DISTRICT JUDGE
26
27
28
                                   1
```