J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Manuel Mejia Ordonez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>        Plaintiff,              )<br>                                )<br>   v.                           )<br>                                )<br>MANUEL MEJIA ORDONEZ            )<br>                                )<br>        Defendant               )<br>_____ | 2: 08cr90 EJG |

STIPULATION AND (PROPOSED)
ORDER CONTINUING STATUS CONFERENCE

(August 21,2009; 10:00 AM before
Judge Garcia)

   Defendant Mejia Ordonez and the Government are in plea negotiations concerning this case.  Although this case has been delayed because of Defendant's Attorney's trial calendar, the lawyers have scheduled a meeting on July 22 to finalize a plea agreement.  The matter is also delayed because the Defendant has been placed in the Butte County Jail.  Therefore the parties stipulate the status conference be continued to August 21, 2009, the same date requested by the co-defendants and request the Court so order.  It is also stipulated that time under the Speedy Trial

1

Act be excluded until that date for counsel preparation and due to complexity, (Local Codes T2 and T4).

Dated July 15, 2009                     Respectfully submitted

   /s/ SAMANTHA SPANGLER                /S/ J TONEY
     Samantha Spangler                      J Toney
 Assistant U.S. Attorney            Attorney for Defendant

SO ORDERED:

Dated July 16, 2009

                                   /s/ Edward J. Garcia
                                   U.S. District Judge