```
 1  J. Toney
    Attorney at Law
 2  State Bar No. 43143

 3  P.O. Box 1515
    Woodland, California 95776
 4  (530) 666-1908
    yoloconflict@aol.com
 5
    Attorney for Manuel Mejia Ordonez
 6
```

                IN THE UNITED STATES DISTRICT COURT

             FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )
                               ) Cr. No. 08-90
        Plaintiff,             )
                               ) ORDER CONTINUING STATUS
   v.                          ) CONFERENCE
                               ) (Oct 2, 2009 before Judge
MANUEL MEJIA ORDONEZ, et al    ) Garcia)
        Defendants             )
_____)
```

This matter is now set for status on Sept 25, 2009. Because counsel for Manuel Mejia Ordonez has a scheduling conflict, and because counsel for Arturo Mendoza Pena is recently appointed and needs more time to review discovery, the parties stipulate that the status conference be continued one week to October 2, 2009. It is further stipulated that time under the Speedy Trial Act, 18 U.S.C. Sec. 3161(h)(7)(A) and (B)(iv), should be excluded for counsel preparation, Local Code T4, and complexity, Local Code T2, until that date. The parties respectfully request the Court so order.

Dated September 21, 2009

1

| | |
|---|---|
| /s/ SAMANTHA SPANGLER | /S/ J TONEY |
| Samantha Spangler | J. Toney |
| Assistant U.S. Attorney | Attorney for M Mejia Ordonez |
| | |
| | /s/ JAY GRINER |
| | Jay Griner |
| | Attorney for A.M. Pena |
| | |
| | /s/ LINDSAY WESTON |
| | Lindsay Weston |
| | Attorney for L. Porcayo |
| | /s/ JOSEPH WISEMAN |
| | Joseph Wiseman |
| | Attorney for I.G. Ordonez |

SO ORDERED:

Dated Sept. 22, 2009

/s/ Edward J. Garcia
U.S. District Judge

2