1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,    )  CASE NO. 2:08-cr-00090 EJG
                                )
12           Plaintiff,         )  STIPULATION AND [PROPOSED]
                                )  ORDER CONTINUING STATUS
13      v.                      )  CONFERENCE
                                )
14 MANUEL MEJIA ORDONEZ, et al.,)
                                )  DATE:  November 20, 2009
15           Defendants.        )  TIME:  10:00 a.m.
                                )  COURT: Edward J. Garcia

                          Stipulation

     The parties, through undersigned counsel, stipulate that the status conference scheduled for November 13, 2009, may be continued to November 20, 2009, at 10:00 a.m.  The case was scheduled for November 13, 2009 at the request of all counsel, at the status conference on October 2, 2009.  Unfortunately, when writing the matter into her calendar for November 13, 2009 the prosecutor realized that she has a scheduling conflict - she begins a trial on November 9, 2009 which may still be in progress on November 13, 2009.  Defense counsel have all agreed to the new date of November 20, 2009 and have authorized the prosecutor to sign this stipulation on their behalf.

                                1

The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel continuity and preparation, and that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4.

DATED: October 7, 2009          LAWRENCE G. BROWN
                                United States Attorney

                          by    /s/ *Samantha S. Spangler*
                                Samantha S. Spangler
                                Assistant U.S. Attorney

DATED: October 7, 2009    by    /s/ *Samantha S. Spangler* for
                                J. Toney, Counsel for
                                Manuel Mejia Ordonez

DATED: October 7, 2009    by    /s/ *Samantha S. Spangler* for
                                Joseph Wiseman, Counsel for
                                Ildefonso Garcia Ordonez

DATED: October 7, 2009    by    /s/ *Samantha S. Spangler* for
                                James Greiner, Counsel for
                                Arturo Mendoza Pena

ORDER

Good cause appearing,

The status conference scheduled for November 13, 2009, is continued to November 20, 2009 at 10:00 a.m.

The Court finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.  Therefore, time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4 for counsel continuity and preparation.

IT IS SO ORDERED.

DATED: October 8, 2009

/s/ Edward J. Garcia
EDWARD J. GARCIA, Judge
United States District Court