J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Manuel Mejia Ordonez

FILED

NOV 19 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. 08-90 |
| Plaintiff, | |
| v. | ORDER CONTINUING STATUS CONFERENCE |
| MANUEL MEJIA ORDONEZ, et al | (Dec. 16, 2009 before Judge Garcia) 16 CM |
| Defendants | |

CIEJG

This matter is now set for status on Nov. 20, 2009. Because counsel for Manuel Mejia Ordonez has a scheduling conflict, and needs more time to review recently obtained discovery, the parties stipulate that the status conference be continued four weeks to December 16th, 2009. It is further stipulated that time under the Speedy Trial Act, 18 U.S.C.
Sec. 3161(h)(7)(A) and (B)(iv), should be excluded for counsel preparation, Local Code T4, and complexity, Local Code T2, until that date. The parties respectfully request the Court so order.
Dated November 14, 2009

1

| | |
|---|---|
| /s/ SAMANTHA SPANGLER | /S/ J TONEY |
| Samantha Spangler | J. Toney |
| Assistant U.S. Attorney | Attorney for M Mejia Ordonez |
| | |
| | /s/ JAY GRINER |
| | Jay Griner |
| | Attorney for A.M. Pena |
| | |
| | /s/ JOSEPH WISEMAN |
| | Joseph Wiseman |
| | Attorney for I.G. Ordonez |

SO ORDERED:

Dated  Nov 18 , 2009

_____
U.S. District Judge

2