```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-CR-00090-EJG |
| | ) | |
| Plaintiff, | ) | APPLICATION AND ORDER FOR |
| | ) | MONEY JUDGMENT |
| v. | ) | |
| | ) | |
| MANUEL MEJIA ORDONEZ, | ) | |
| | ) | |
| Defendant. | ) | |

On or about February 19, 2010, defendant Manuel Mejia Ordonez entered a guilty plea to Count One of the Indictment, which charges him with Conspiracy to Commit Mail Fraud and Identity Theft in violation of 18 U.S.C. §§ 371, 1341, 1028(a)(7) and 1028(f).

As part of his plea agreement with the United States, defendant Manuel Mejia Ordonez agreed to forfeit voluntarily and immediately up to $3,000,000, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a violation of 18 U.S.C. §§ 371, 1341, 1028(a)(7) and 1028(f), to which he has pled guilty. See Defendant Odonez' Plea Agreement ¶ II.C.  Plaintiff hereby applies

for entry of a money judgment as follows:

1.  Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 982(a)(2)(B), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Manuel Mejia Ordonez in the amount of $3,000,000.

2.  The above-referenced personal forfeiture money judgment is imposed based on defendant Manuel Mejia Ordonez' conviction for violating 18 U.S.C. §§ 371, 1341, 1028(a)(7) and 1028(f)(Count One). Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3.  Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Department of the Treasury and sent to the U.S. Attorney's Office, Att: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Department of the Treasury, Internal Revenue Service-Criminal Investigation, in its secure custody and control.

DATED: 3/4/10                          BENJAMIN B. WAGNER
                                       United States Attorney


                                       /s/ Samantha S. Spangler
                                       SAMANTHA S. SPANGLER
                                       Assistant U.S. Attorney

///

1 **O R D E R**

2    For good cause shown, the Court hereby imposes a personal
3 forfeiture money judgment against defendant Manuel Mejia Ordonez in
4 the amount of $3,000,000.  Any funds applied towards such judgment
5 shall be forfeited to the United States of America and disposed of
6 as provided for by law.  Prior to the imposition of sentence, any
7 funds delivered to the United States to satisfy the personal money
8 judgment shall be seized and held by the U.S. Department of the
9 Treasury, Internal Revenue Service-Criminal Investigation, in its
10 secure custody and control.
11     IT IS SO ORDERED.
12 DATED: March 16, 2010            __/s/ Edward J. Garcia____
                                    EDWARD J. GARCIA
13                                  United States District Judge