UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

**FILED**

MAR 2 9 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

          RE:    Manuel Mejia ORDONEZ
                  Docket Number:  2:08CR00090-01
                  **CONTINUANCE OF JUDGMENT**
                  **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from May 7, 2010 to May 28, 2010 at 10 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Availability of counsel and Court-certified interpreter to interview the defendant.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                    Respectfully submitted,

                                      THOMAS H. BROWN
                                      Senior United States Probation Officer

REVIEWED BY:               
                               JEFFREY C. OESTREICHER
                               **Supervising United States Probation Officer**

Dated:      March 26, 2010
               Sacramento, California
               THB:thb

Attachment

RE: **GARCIA, Manuel Mejia**
**Docket Number: 2:08CR00090-01**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

cc: Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
J. Toney, Attorney at Law
Probation Office Calendar clerk

✓ **Approved**

_/s/ Edward J. Garcia_   3/29/10
**EDWARD J. GARCIA**
**Senior United States District Judge**   Date

___ **Disapproved**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: 2:08CR00090-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Manuel Mejia ORDONEZ | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 05/28/2010 |
| Reply, or Statement of Non-Opposition: | 05/21/2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 05/14/2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 05/07/2010 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 04/30/2010 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 04/16/2010 |