UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM & Order

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

> RE: ORDONEZ, Manuel Mejia
> Docket Number: 2:08CR00090-01
> **CONTINUANCE OF JUDGMENT**
> **AND SENTENCING**

Your Honor:

C/EJG

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from May 28, 2010 to June 25, 2010 at 10 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Unavailability of Probation Officer due to illness.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

THOMAS H. BROWN
Senior United States Probation Officer

REVIEWED BY:

JEFFREY C. OESTREICHER
Supervising United States Probation Officer

Dated: April 23, 2010
Sacramento, California
THB:thb

FILED
APR 29 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Attachment

1

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG

RE:   ORDONEZ, Manuel Mejia
      Docket Number:   2:08CR00090-01
      **CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:   Clerk, United States District Court
      Samantha S. Spangler, Assistant United States Attorney
      J. Toney, Attorney at Law
      United States Marshal's Office
      Probation Office Calendar clerk

✓ Approved

_____        4/26/10
**EDWARD J. GARCIA**
**Senior United States District Judge**        **Date**

____ Disapproved

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number: 2:08CR00090-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Manuel Mejia ORDONEZ | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 06/25/2010 |
| Reply, or Statement of Non-Opposition: | 06/18/2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 06/11/2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 06/04/2010 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 05/28/2010 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 05/14/2010 |