UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM & Order

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                                 **RE:**    **ORDONEZ, Manuel Mejia**
                                             **Docket Number:   2:08CR00090-01**
                                             **CONTINUANCE OF JUDGMENT**
                                             **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from May 28, 2010 to June 25, 2010 at 10 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Unavailability of Probation Officer due to illness.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                        Respectfully submitted,

                                        **THOMAS H. BROWN**
                                 **Senior United States Probation Officer**

**REVIEWED BY:**

                                 **JEFFREY C. OESTREICHER**
                                 **Supervising United States Probation Officer**

Dated:     April 23, 2010
                Sacramento, California
                THB:thb

**FILED**

APR 29 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____
         DEPUTY CLERK

Attachment

RE:   **ORDONEZ, Manuel Mejia**
      **Docket Number:   2:08CR00090-01**
      **CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:   Clerk, United States District Court
      Samantha S. Spangler, Assistant United States Attorney
      J. Toney, Attorney at Law
      United States Marshal's Office
      Probation Office Calendar clerk

✓ **Approved**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　4/26/10
　　　　　　　　**EDWARD J. GARCIA**
　　　　　　　　**Senior United States District Judge**　　　　**Date**

___ **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number:  2:08CR00090-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Manuel Mejia ORDONEZ | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 06/25/2010 |
| Reply, or Statement of Non-Opposition: | 06/18/2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 06/11/2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 06/04/2010 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 05/28/2010 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 05/14/2010 |